OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

4/16/2015
URIAS, JAVIER          Tr. Ct. No. 20090D03338-243-2        WR-82,009-02

On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

UTF

DD/
OTT oII

JAVIER URIAS - TDC # 1773706
% El Paso County Sheriff          UTF
3850 Justice Drive
El Paso, Tx. 79938

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PINEY BOWES

02 1M
0004279596
$ 00.26⁶
APR 23 2015
MAILED FROM ZIP CODE 78701